# EXHIBIT "A"



# Service of Process Transmittal
10/14/2021
CT Log Number 540420054

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Florida

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ORTIZ JANETH, an individual // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Request, Interrogatories |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE21018179 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/05/2020 - 1885 North Pine Island Road, Plantation, Florida 33322 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/14/2021 at 10:25 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Gregory Ward<br>The Ward Law Group, PL<br>7975 NW 154th Street, Suite 306<br>Miami Lakes, FL 33016<br>305-209-0613 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/15/2021, Expected Purge Date: 10/20/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Oct 14, 2021

**Server Name:** Fred Humphries

| Entity Served | WAL-MART STORES EAST, LP |
|---|---|
| Case Number | CACE-21-018179 |
| Jurisdiction | FL |



F11624
10-14-21
10:07A

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

JANETH ORTIZ,
an individual;

    Plaintiff,

CASE NO.: CACE-21-018179

v.

HARRIET JACKSON,
an individual;
WAL-MART STORES EAST, LP.
a Delaware limited partnership;
WAL-MART STORES, INC.
a Delaware corporation,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint and Request for Production in this action on Defendant:

**WAL-MART STORES EAST, LP
C/O Registered Agent: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney, whose name and address are as follows: **Gregory Ward, the Ward Law Group, 7975 NW 154th Street, Suite 306, Miami Lakes, Florida 33016** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on OCT 11 2021 _____

Clerk of the Court

By _____
Deputy Clerk

**BRENDA D. FORMAN**

 **CT Corporation**

**Service of Process Transmittal**
10/14/2021
CT Log Number 540420061

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores, Inc. (Former Name) (Domestic State: DE)
WALMART INC. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ORTIZ JANETH, an individual // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Request, Interrogatories |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE21018179 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/05/2020 - 1885 North Pine Island Road, Plantation, Florida 33322 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/14/2021 at 10:25 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Gregory Ward<br>The Ward Law Group, PL<br>7975 NW 154th Street, Suite 306<br>Miami Lakes, FL 33016<br>305-209-0613 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/15/2021, Expected Purge Date: 10/20/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / DP



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Oct 14, 2021

**Server Name:** Fred Humphries

| Entity Served | WAL-MART STORES, INC. |
|---|---|
| Case Number | CACE-21-018179 |
| Jurisdiction | FL |



FILED
10-14-21
10:07A

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

JANETH ORTIZ,
an individual;

    Plaintiff,

CASE NO.: CACE-21-018179

v.

HARRIET JACKSON,
an individual;
WAL-MART STORES EAST, LP.
a Delaware limited partnership;
WAL-MART STORES, INC.
a Delaware corporation,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF SAID STATE:

YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint and Request for Production in this action on Defendant:

**WAL-MART STORES, INC**
**C/O Registered Agent: C T CORPORATION SYSTEM**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FL 33324**

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney, whose name and address are as follows: **Gregory Ward, the Ward Law Group, 7975 NW 154th Street, Suite 306, Miami Lakes, Florida 33016** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on ___OCT 11 2021___

Clerk of the Court

By _____
Deputy Clerk

**BRENDA D. FORMAN**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/07/2021 04:05:37 PM.****

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

JANETH ORTIZ,
an individual;

  Plaintiff,         CASE NO.:

v.

HARRIET JACKSON,
an individual;
WAL-MART STORES EAST, LP.
a Delaware limited partnership;
WAL-MART STORES, INC.
a Delaware corporation,

  Defendants.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, Janeth Ortiz, by and through her undersigned attorneys, sues the Defendants, Harriet Jackson, Wal-Mart Stores East, LP and Wal-Mart Stores, Inc., and alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff Janeth Ortiz is a resident of Broward County, Florida, over the age of 18 and otherwise *sui juris*.

2. Defendant Harriet Jackson is a resident of Broward County, Florida, over the age of 18 and otherwise *sui juris*.

3. Defendant Wal-Mart Stores East, LP is a Delaware limited partnership conducting continuous business in Broward County, Florida.

4. Defendant Wal-Mart Stores Inc., is a Delaware corporation conducting continuous business in Broward County, Florida.

5. The incident which is the subject of this action occurred in Broward County, Florida.

6. The amount in controversy exceeds $30,000.00, absent attorney fees, costs and interest.

7. All conditions precedent to filing suit have been met or waived.

**FACTS**

8. At all times material, Defendant Wal-mart Stores East, LP owned and/or was in possession of, and exercised control over, the property located at 1885 North Pine Island Road, Plantation, Florida 33322.

9. At all times material, Defendant Wal-mart Stores, Inc. owned and/or was in possession of, and exercised control over, the property located at 1885 North Pine Island Road, Plantation, Florida 33322.

10. At all times material, Defendant Wal-mart Stores East, LP, owned and/or operated the business located at 1885 North Pine Island Road, Plantation, Florida 33322.

11. At all times material, Defendant Wal-mart Stores, Inc. owned and/or operated the business located at 1885 North Pine Island Road, Plantation, Florida 33322.

12. At all times material, Defendant Harriet Jackson was the store manager of the business owned and/or operated by Defendants Wal-mart Stores East, LP and/or Wal-mart Stores, Inc. at 1885 North Pine Island Road, Plantation, Florida 33322.

13. On May 5, 2020, Plaintiff Ortiz was on the premises of the business located at 1885 North Pine Island Road, Plantation, Florida 33322, as a lawful business invitee of the Defendants.

14. While on the premises, Plaintiff Ortiz slipped and fell due to water on the floor of the business.

**COUNT I – NEGLIGENCE AGAINST JANETH ORTIZ**

Plaintiff re-alleges paragraphs 1-14 and states as follows:

15. Defendant Harriet Jackson, as store manager, had a duty to provide business invites with a reasonably safe property, premises and/or business, to inspect and maintain the property, premises and/or business, and to request and authorize repair and maintenance to the property, premises and/or business, such that his business invites would be free from dangerous conditions.

16. Defendant Harriet Jackson, as store manager, breached these duties by:

   a. Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to business invitees by failing to inspect the property, premises and/or business; and/or

   b. Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to business invitees by failing to properly maintain the property, premises and/or business; and/or

   c. Failing to adequately warn the Plaintiff of the potential dangerous condition that existed on the property, premises and/or business that she knew or should have known of; and/or

   d. Failing to adequately remedy a dangerous condition on the property, premises and/or business or otherwise fix it; and/or

   e. Failing to properly train and supervise employees of the Defendants to adequately inspect the property, premises and/or business; and/or

   f. Failing to properly train and supervise employees of the Defendants to adequately maintain the property, premises and/or business; and/or

   g. Failing to properly train and supervise employees of the Defendants to warn business business invitees of dangerous conditions that they knew or should have known of on the property, premises and/or business.

17. As a direct and proximate result of Defendant Harriet Jackson's negligence, Plaintiff Ortiz was caused to suffer significant bodily injury, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for enjoyment of life experienced in the past and to be experienced in the future. Plaintiff Ortiz has further incurred the expense of hospitalization, medical and nursing care, and treatment both in the past and into the future, lost earnings in the past and loss of the ability to earn money in the future, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff Oritz demands judgment for damages against Defendant Harriet Jackson plus costs, pre-judgment interest and post-judgment interest, both past and future lost wages, repair costs or replacement costs for the damaged property, and any other remedy this Court may deem appropriate.

## COUNT II – NEGLIGENCE AGAINST DEFENDANT WAL-MART STORES EAST, LP

Plaintiff re-alleges paragraphs 1-14 and states as follows:

18. Defendant Wal-Mart Stores East, LP, by and through its employees, agents, representatives and servants, had a duty to maintain the subject property, premises and/or business in a reasonably safe condition for business invitees.

19. Defendant Wal-Mart Stores East, LP, by and through its employees, agents, representatives and servants, breached its duty by:

   a. Failing to maintain the subject property, premises and/or business in a reasonably safe condition; and/or

   b. Failing to exercise reasonable care in performing cleaning and maintenance of the subject property, premises and/or business; and/or

   c. Creating an unreasonably dangerous condition; and/or

   d. Failing to warn, by sign or otherwise, as to the existence of a dangerous condition that Defendant knew or should have known of; and/or

   e. Failing to remedy a dangerous condition that Defendant knew or should have known of; and/or

   f. Failing to adopt and implement adequate policies, procedures, protocols, standards and guidelines to prevent and/or remedy a dangerous condition on the subject property, premises and/or business; and/or

   g. Failing to hire, retain, supervise, instruct and train employees, agents, representatives and servants with regards to warning of dangerous conditions, preventing dangerous conditions, correcting dangerous conditions, and maintaining, inspecting and cleaning the subject property, premises and/or business.

20. Defendant Wal-Mart Stores East, LP knew, or should have known, that its property, premises and/or business were unsafe and not maintained in a reasonably safe condition for its business invitees.

21. As a result of Defendant Wal-Mart Stores East, LP's negligence, Plaintiff Ortiz slipped and fell as described in paragraph 14.

22. As a direct and proximate result of Defendant Wal-Mart Stores East, LP's negligence, Plaintiff Ortiz was caused to suffer significant bodily injury, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for enjoyment of life experienced in the past and to be experienced in the future. Plaintiff Ortiz has further incurred the expense of hospitalization, medical and nursing care, and treatment both in the past and into the future, lost earnings in the past and loss of the ability to earn money in the future, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff Ortiz demands judgment for damages against Defendant Wal-Mart Stores East, LP, plus costs, pre-judgment interest and post-judgment interest, both past and future lost wages, repair costs or replacement costs for the damaged property, and any other remedy this Court may deem appropriate.

**COUNT III – NEGLIGENCE AGAINST DEFENDANT WAL-MART STORES, INC.**

Plaintiff re-alleges paragraphs 1-14 and states as follows:

23. Defendant Wal-Mart Stores, Inc., by and through its employees, agents, representatives and servants, had a duty to maintain the subject property, premises and/or business in a reasonably safe condition for business invitees.

24. Defendant Wal-Mart Stores, Inc., by and through its employees, agents, representatives and servants, breached its duty by:

   h. Failing to maintain the subject property, premises and/or business in a reasonably safe condition; and/or

   i. Failing to exercise reasonable care in performing cleaning and maintenance of the subject property, premises and/or business; and/or

   j. Creating an unreasonably dangerous condition; and/or

   k. Failing to warn, by sign or otherwise, as to the existence of a dangerous condition that Defendant knew or should have known of; and/or

   l. Failing to remedy a dangerous condition that Defendant knew or should have known of; and/or

m. Failing to adopt and implement adequate policies, procedures, protocols, standards and guidelines to prevent and/or remedy a dangerous condition on the subject property, premises and/or business; and/or

n. Failing to hire, retain, supervise, instruct and train employees, agents, representatives and servants with regards to warning of dangerous conditions, preventing dangerous conditions, correcting dangerous conditions, and maintaining, inspecting and cleaning the subject property, premises and/or business.

25. Defendant Wal-Mart Stores Inc., knew, or should have known, that its property, premises and/or business were unsafe and not maintained in a reasonably safe condition for its business invitees.

26. As a result of Defendant Wal-Mart Stores Inc.'s negligence, Plaintiff Ortiz slipped and fell as described in paragraph 14.

27. As a direct and proximate result of Defendant Wal-Mart Stores, Inc.'s negligence, Plaintiff Ortiz was caused to suffer significant bodily injury, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of the capacity for enjoyment of life experienced in the past and to be experienced in the future.  Plaintiff Ortiz has further incurred the expense of hospitalization, medical and nursing care, and treatment both in the past and into the future, lost earnings in the past and loss of the ability to earn money in the future, and aggravation of a previously existing condition.

WHEREFORE, Plaintiff Ortiz demands judgment for damages against Defendant Wal-Mart Stores, Inc., plus costs, pre-judgment interest and post-judgment interest, both past and future lost wages, repair costs or replacement costs for the damaged property, and any other remedy this Court may deem appropriate.

## **PLAINTIFF'S REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury on all issues so triable.

Submitted this 30 day of September, 2021.

Respectfully submitted,

By: /s/ Michael S. Lotto
Gregory C. Ward, Esq.
Florida Bar No. 185949
Michael Lotto, Esq.
Florida Bar No. 105335
The Ward Law Group, PL
7975 NW 154th Street, Suite 306
Miami Lakes, Florida 33016
Telephone (305) 209-0613
*Counsel for Plaintiff*
